WINTERER v. MINNEAPOLIS, St. P. & S. S. M. RY. CO.

(127 N. W. 995.)

Filed September 17, 1910.

Appeal from District Court, Barnes county; *Edward J. Burke, J.*

Action by Herman Winterer against the Minneapolis, St Paul, & Sault Ste. Marie Railway Company. Judgment for plaintiff, and defendant appeals.

Affirmed.

PER CURIAM. This is a companion case to that of Hollinshead v. Minneapolis, St. P. & S. Ste. M. R. Co. just decided by this court, post, 642 and was tried in the district court at the same time, pursuant to a stipulation that the case at bar should abide the decision in the Hollinshead Case; the damages having been stipulated at the sum of $375.

For the reasons announced in the Hollinshead Case, and pursuant to such stipulation of counsel, the judgment and order appealed from are hereby affirmed.